USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

United States Courts
Southern District of Texas
FILED

**HOUSTON DIVISION**

No. **4:25-cr-406**

USAO#: 2025R08880

*July 30, 2025*

Nathan Ochsner, Clerk of Court
Filed: _____

Judge: **Bennett**

**CRIMINAL INDICTMENT**

UNITED STATES of AMERICA
vs.

ATTORNEYS:
NICHOLAS J. GANJEI, USA          (713) 567-9000
BENJAMIN HUNTER BROWN, AUSA     (713) 567-9000

|  | Appt'd | Private |
|---|---|---|
| Terry Ardoin, a/k/a Jericho (Cts.1, 2, 3, 4) | ☐ | ☐ |
| Travonte Ardoin (Cts.1, 2, 3, 4) | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |

Ct 1: Murder in Aid of Racketeering [18 USC § 1959(a)(1) and 2]
Ct 2: Attempted Murder in Aid of Racketeering - Person 1 [18 USC § 1959(a)(5) and 2]
Ct 3: Using a Firearm in Furtherance of a Crime of Violence [18 USC § 924(c)(1)(A)(ii) and (iii) and 2]
Ct 4: Causing Death Through Use of a Firearm [18 USC § 924(j)(1) and 2]

Charges Total Counts (4)

**PENALTY:**
Ct. 1: Mandatory life or death; $250k fine; $100 SA
Ct. 2: Up to 10 years; $250k fine; $100 SA
Ct. 3: 10 years to life imprisonment $250,000 fine, NMT 5 years SRT, $100 SA
Ct. 4: Up to life imprisonment or death, $250,000 fine, NMT 5 years SRT, $100 SA

☑ In Jail    Terry Ardoin
             Travonte Ardoin

☐ On Bond

NAME & ADDRESS
of Surety

☐ No Arrest

## PROCEEDINGS: